JEAN BAPTISTE BERTHELET, SURVIVING PARTNER OF THE
LATE FIRM OF GIASSON & BERTHELET
v.
JEAN ECUYER

1808

### Journal Entries

1. Declaration filed; rule to bring body . . . *Journal, infra,* *p. 133
2. Rule enlarged . . . . . . . . . . . . . " 141
3. Rule enlarged . . . . . . . . . . . . . " 153
4. Special bail . . . . . . . . . . . . . " 157
5. Rule to plead . . . . . . . . . . . . . " 157
6. Abated . . . . . . . . . . . . . . " 205

### Papers in File

[None]

JEAN BAPTISTE BERTHELET, SURVIVING PARTNER OF THE
LATE FIRM OF GIASSON & BERTHELET
v.
JEAN ECUYER

1808

### Journal Entries

1. Declaration filed; rule to bring body . . . *Journal, infra,* *p. 133
2. Rule enlarged . . . . . . . . . . . . . " 141
3. Rule enlarged . . . . . . . . . . . . . " 153

120

4. Special bail . . . . . . . . . . . . *Journal, infra,* *p. 157
5. Rule to plead . . . . . . . . . . . . " 157
6. Abated . . . . . . . . . . . . . . " 205

PAPERS IN FILE

[None]

WILLIAM McCARTNEY
v.
MOSES EGLESTON

1808

JOURNAL ENTRIES

1. Rule to reply . . . . . . . . . . *Journal, infra,* *p. 133
2. Consent concerning depositions . . . . . . . . " 177
3. Dismissal . . . . . . . . . . . . . " 226

PAPERS IN FILE

[None]